UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| AMERICAN FEDERAL BANK, | Civil No. 19-2337 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| WEST CENTRAL AG SERVICES, et al., | |
| Defendants. | |

---

Matthew J Bialick, **MJB LAW FIRM, PLLC,** 7925 Stone Creek Drive, Suite 103, Chanhassen, MN 55317, for plaintiff.

Erik A Ahlgren, **AHLGREN LAW OFFICE, PLLC,** 220 West Washington Avenue, Suite 105, Fergus Falls, MN 56537, for Oberg defendants.

The parties have filed a Stipulation for Entry of Judgment and Dismissal (ECF No. 79). Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the stipulation is **APPROVED**, and it is further **ORDERED** that judgment shall be entered as follows:

1. Entry of a non-dischargeable judgment against Chad Oberg, Richard Oberg, Leslie Oberg and Laurel Oberg in favor of American Federal Bank (AFB), in the amount of $1,149,226.66, for amounts owed under Count I of AFB's Complaint; and

1

2. Entry of a non-dischargeable judgment against Chad Oberg and Leslie Oberg in favor of AFB, in the amount of $878,492.97, for amounts owed under Count II of AFB's Complaint; and

3. Dismissal with prejudice of Count III of AFB's Complaint.

Both parties acknowledge and understand that AFB is not intending to waive, reduce or prejudice any claims against any 3rd parties that are in any way related to any of the foregoing claims and nothing about this stipulation shall give rise to any claim of collateral estoppel or res judicata by any 3rd parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 30, 2021  
At Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court